```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    09 Civ. 1951 (DLC)
                                     :
IN RE: GENERAL ELECTRIC COMPANY      :    Related to all
SECURITIES LITIGATION                :        matters
                                     :
                                     :         ORDER
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On November 20, 2013, the Lead Plaintiff moved for an order pursuant to Rule 7 of the Federal Rules of Appellate Procedure compelling Clarke Hampe, a _pro se_ objector to the settlement in this case who has filed an appeal, to post an appeal bond for the amount of $54,700. It is hereby

ORDERED that any opposition to this motion shall be filed with the Court by **December 2** and the reply shall be served by **December 11**.

SO ORDERED.

Dated:   New York, New York
         November 21, 2013

                                    _____
                                            DENISE COTE
                                    United States District Judge

11/21/2013

COPIES SENT TO:


Clarke Hampe
6571 Furman Court
Tyler, TX 75703